**ORANSKY, SCARAGGI & BORG, P.C.**
By: Andrew D. Borg, Esquire (9384)
175 Fairfield Avenue, Suite 1A
P.O. Box 866
West Caldwell, New Jersey 07006
[973] 364-1200
*Attorneys for Plaintiff(s)*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GRAPHIC ARTS LOCAL 62B INDUSTRY PENSION FUND AND EDWARD TREACY, AS TRUSTEE<br><br>*Plaintiffs,*<br><br>vs.<br><br>HARVARD PRINTING CO. et al<br><br>*Defendants.* | Civil Action No.: 2:12-CV-04142-SDW-MCA<br><br>**ORDER** |

This matter having been brought before the Court on Motion of the above named attorney(s) for Plaintiffs for an Order Entering Judgment against Defendant with the return date of September 17, 2012, and the Court having considered the matter for good cause shown;

It is on this 10th day of October, 2012,

**ORDERED** that Judgment be entered in favor of Plaintiffs, Graphic Arts Local 62B Industry Pension Fund and Edward Treacy as Trustee, against Defendant, Harvard Printing Co. et al in the amount of $102,052.00; *Denied*

**FURTHER ORDERED** that the Defendant be served with a copy of this Order within seven (7) days of the date hereof.

_____
Honorable Susan D. Wigenton, U.S.D.C.J.

*Answer has been filed. R.16 conference is scheduled.*
SDW